Clarence MANNING *v.* STATE of Arkansas

CR 97-102                                         937 S.W.2d 185

Supreme Court of Arkansas
Opinion delivered February 17, 1997

*Chris Jester*, for appellant.

No response.

PER CURIAM. Clarence Manning, by his attorney, has filed a motion for a rule on the clerk.

His attorney, Chris Jester, admits in his motion that the record was tendered 48 days late due to a mistake on his part.

■ We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (per curiam).

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.